AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

APPEARANCE

v.

CASE NUMBER: 1-08 MJ 39A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Michael Bermudez

I certify that I am admitted to practice in this court.

3-14-08
*Date*

*Signature*

Michael K. Lombard
*Print Name*

7287
*Bar Number*

454 Broadway
*Address*

Providence
*City*

RI
*State*

02909
*Zip Code*

401-751-3900
*Phone Number*

401-751-8983
*Fax Number*