AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Michael Bermudez

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number:

I, Michael Bermudez, charged in a (complaint) (petition) pending in this District with Identity Theft in violation of Title 18, U.S.C., 1028(a) 1028(a)(7) and 371 and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Michael Bermudez
*Defendant*

3-14-08
*Date*

*Counsel for Defendant*